The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON JENSEN, | CASE NO.  C19-1187-BJR |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, el al., | |
| Defendant. | |

## **JOINT STIPULATION**

COME now the parties hereto, by and through their respective counsel of record, and

hereby stipulate that this action, including any and all claims, counterclaims and cross-claims,

whether for indemnity and/or contribution by and among the parties hereto, and any and all

others, whether or not actually asserted to date, shall be dismissed with prejudice and without

cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

STIPULATION AND ORDER OF DISMISSAL C19-1187
BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      //

2          DATED this 20th day of May, 2020.

3

4      BRIAN T. MORAN                          s/ Anthony M. Urie

5      United States Attorney                  ANTHONY M. URIE, WSBA #11711
                                               JACINTA S. RITCHIE, WSBA #55004
6                                              18130 Midvale Ave. N Suite A
7      s/ Kristen R. Vogel                     Shoreline, WA 98177
       KRISTEN R. VOGEL, NYBA #5195664         Phone: 206-542-4066
8      Assistant United States Attorneys       Email: anthonyurie@gmail.com
       United States Attorney's Office
9      700 Stewart Street, Suite 5220
       Seattle, Washington  98101-1271         Attorneys for Plaintiff
10     Phone:  206-553-7970
11     Fax:  206-553-4073
       Email:  kristen.vogel@usdoj.gov
12

13     Attorney for Defendant United States

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL C19-1187
BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## <u>ORDER</u>

1
2
3
4
5
6

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.  This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

7

DATED this 21st day of May, 2020

8
9
10
11

_Barbara J Rothstein_

Honorable Barbara J. Rothstein
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL C19-1187
BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970